J. B. McFERRAN v. CHARLES WILSON.

[Abstract Kentucky Law Reporter, Vol. 2—220.]

**Recovery on Tax Sale.**
> Where property was properly assessed and sold for taxes, and the purchaser's petition is not denied, it is taken for confessed and he is entitled to recover.

APPEAL FROM BOYLE COURT OF COMMON PLEAS.

February 5, 1881.

OPINION BY JUDGE PRYOR:

The allegation of the petition being undenied, the appellant was entitled to some relief. The property, as is alleged, was properly assessed and sold for the taxes, and the appellant became the purchaser. These allegations are taken for confessed, and we see no reason why the appellant should not recover. On the return of the cause, if no defense is interposed, judgment should be rendered accordingly.

Judgment *reversed* and cause remanded for further proceedings.
*J. B. McFerran, for appellant.*